```
         IN THE UNITED STATES DISTRICT COURT
            WESTERN DISTRICT OF ARKANSAS
                 FAYETTEVILLE DIVISION
```

**UNITED STATES OF AMERICA**                                            PLAINTIFF

      v.        Criminal No. 07-50067

**FRANCISCO REGALADO-PEREA**                                            DEFENDANT

### O R D E R

Now on this 20th day of August, 2010, comes on for consideration the **Magistrate Judge's Report And Recommendation** (document #44), to which no objections have been made, and the Court, having carefully reviewed said Report And Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report And Recommendation** is **adopted** *in toto*.

**IT IS FURTHER ORDERED** that, for the reasons stated in the **Magistrate Judge's Report And Recommendation**, defendant's **Motion To Vacate** (document #29) is **denied**, and this matter is **dismissed**.

**IT IS SO ORDERED.**

                                           /s/ Jimm Larry Hendren
                                         JIMM LARRY HENDREN
                                         UNITED STATES DISTRICT JUDGE